```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BARTOSZ GORZKO,

                            Plaintiff,          21-CV-5633 (LAK) (KHP)

      -against-

                                                  **INITIAL CASE MANAGEMENT**
BJ'S WHOLESALE CLUB, INC., BJ'S        **CONFERENCE RESCHEDULE**
WHOLESALE CLUB PELHAM MANOR                **ORDER**
and BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

                           Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Initial Case Management Conference in this matter scheduled for Thursday, September 30, 2021 at 10:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, October 26, 2021 at 11:45 a.m.** **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

        **The Defendant is directed to serve this Order, and a copy of the Notice of Removal on the Plaintiffs.**

        SO ORDERED.

DATED:      New York, New York
                 September 16, 2021

                                                       */s/ Katharine H. Parker*
                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge