```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BARTOSZ GORZKO,

                      Plaintiff,

       -against-

BJ'S WHOLESALE CLUB, INC., BJ'S
WHOLESALE CLUB PELHAM MANOR
and BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

                      Defendants.
----------------------------------------------------------------X

21-CV-5633 (LAK) (KHP)

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Stipulation of Voluntary Dismissal filed on January 27, 2022 (doc. no 15) the Case Management Conference currently scheduled for **February 3, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                 January 28, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge