```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BARTOSZ GORZKO,

                              Plaintiff,

          -against-

BJ'S WHOLESALE CLUB, INC., BJ'S
WHOLESALE CLUB PELHAM MANOR
and BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

                             Defendants.
----------------------------------------------------------------X

21-CV-5633 (LAK) (KHP)

**CASE MANAGEMENT CONFERENCE RESCHEDULE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Case Management Conference in this matter that was scheduled for Thursday, February 3, 2022 is hereby rescheduled to **Wednesday, February 9, 2022 at 12:00 p.m.**  Counsel for the parties are directed to call the Court's conference line at the scheduled time.  Please dial (866) 434-5269; access code 4858267.

        SO ORDERED.

DATED:    New York, New York
                February 3, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge