UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BARTOSZ GORZKO,

                Plaintiff,

       -against-                                21-cv-5633 (LAK)(KHP)

BJ'S WHOLESALE CLUB, INC.

                Defendant.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-2023

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

       The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Monday, April 10, 2023, if the settlement has not been executed or consummated by that date.

       SO ORDERED.

Dated:      March 10, 2023

                                                                     _____
                                                                        Lewis A. Kaplan
                                                                  United States District Judge